UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SALAZAR DOS SANTOS, | ) | **COMPLAINT** |
| TRUST OF SALAZAR DOS SANTOS, | ) | |
| and | ) | |
| TRUST OF AMERICA DOS SANTOS, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

The United States of America alleges as follows:

1. The United States brings this action to enforce the provisions of Title VIII of the Civil Rights Act of 1968, as amended, 42 U.S.C. §§ 3601, *et seq.* ("Fair Housing Act").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, 2201, and 2202, and 42 U.S.C. § 3614(a).

3. Venue is proper in this district under 28 U.S.C. § 1391(b) because the actions and omissions giving rise to the United States' allegations occurred in the District of Massachusetts, and the Defendants reside or do business in the District of Massachusetts.

## FACTUAL ALLEGATIONS

4. Defendant Salazar dos Santos is a resident of Chicopee, Massachusetts.

5. Since the early 1970s, Defendant Salazar dos Santos has managed residential rental properties located in and around Chicopee, Massachusetts.

1

6. Defendant dos Santos currently manages at least eight residential properties containing a total of approximately 35-40 individual rental units in the Chicopee area, owned by various trusts, including Trust of Salazar dos Santos and Trust of America dos Santos (the "Defendant Trusts").

7. The residential rental properties include, but are not limited to, the buildings located at 27-29 Linda Avenue, 113 Exchange Street, 39 Abbey Street, and 40 Abbey Street in Chicopee, Massachusetts (the "Properties").

8. The Properties owned by the Defendant Trusts and managed by Defendant dos Santos are "dwellings" within the meaning of 42 U.S.C. § 3602(b).

9. Defendant dos Santos acted on behalf of the Defendant Trusts, and has controlled and managed the Properties by advertising units for rent, showing units to prospective tenants, providing and signing rental leases or establishing verbal rental agreements, collecting rent from tenants, receiving maintenance requests and assisting with some of the requests, sending agents or "workers" to attend to maintenance requests, communicating with tenants via phone and in person, sending eviction notices, and appearing in housing court in cases related to the Properties.

10. The legal address of Defendant Trust of Salazar dos Santos is in Chicopee, Massachusetts.

11. Defendant Trust of Salazar dos Santos is, or at times relevant to this action was, the owner of 27-29 Linda Avenue in Chicopee.

12. The legal address of Defendant Trust of America dos Santos is in Chicopee, Massachusetts.

13. Defendant Trust of America dos Santos is, or at times relevant to this action was, the owner of 39 Abbey Street, 40 Abbey Street, and 113 Exchange Street in Chicopee.

14. Defendant dos Santos is, or at times relevant to this action was, the manager and operator of the Properties owned by the Defendant Trusts.

15. Defendant dos Santos was acting as the agent of the Defendant Trusts when he engaged in the unlawful conduct alleged in this complaint.

## Defendant dos Santos's Harassment

16. Since at least 2008, Defendant dos Santos has subjected female tenants of the Properties to discrimination on the basis of sex, including severe or pervasive and unwelcome sexual harassment, on multiple occasions. Such conduct has included, but is not limited to:

   a. Subjecting female tenants to unwelcome sexual contact, including coercing them to perform oral sex on him, rubbing his exposed penis on their bodies, touching their breasts and buttocks, and other forced touching of their bodies, without consent;

   b. Exposing his penis to female tenants;

   c. Implicitly offering to grant tangible benefits—such as allowing late rent payments and providing payment plans—in exchange for engaging in sexual acts with him;

   d. Threatening or insinuating he will report female tenants to authorities (e.g., a parole officer) for a violation unless they agree to engage in sexual acts with him;

   e. Taking adverse housing actions, or threatening to take such actions, against female tenants who resisted or objected to his unwelcome sexual harassment;

3

    f. Forcing female tenants to speak with him "privately" in secluded areas of their units, and/or requiring female tenants to come to his office in person, where he locks the door from the inside to prevent them from getting out, to conduct and further his sexual advances;

    g. Intimidating female tenants by monitoring them from outside their apartments; and

    h. Frequently making unwelcome sexual comments and sexual advances to female tenants, including, but not limited to, propositions for sex and inquiries into their sex lives.

17. For example, over the span of about 18 months from 2008-2010, Defendant dos Santos sexually harassed one female tenant, including physically assaulting her, on approximately 40-60 different occasions. He would force her to come to his office to pay rent, lock her inside the room with him, take out his penis, touch her sexually under her clothing, and coerce her to perform oral sex on him. On the occasions when she did not have child care, dos Santos would force her to perform sexual acts on him when her infant was present in the office. Defendant dos Santos implied that he would grant this female tenant a rent payment plan in exchange for sex. The female tenant was terrified that he was going to contact her parole officer—as he had threatened to do in the past for late payment of the rent—and that she would go to prison and lose custody of her children if she did not acquiesce to his demands for sex.

18. In 2019, Defendant dos Santos entered the home of another female tenant, took out his penis, masturbated, grabbed her hips and rubbed his exposed penis on her, and told her to "kiss it" and "touch it," and to give him oral sex. During this encounter, the female tenant understood Defendant dos Santos's actions to be an implied offer of sex for rent or a rent

installment plan. On several other occasions, he repeatedly made sexual comments to her and inquiries into her sex life. This female tenant did not acquiesce to Defendant dos Santos's sexual advances and instead reported him to the Chicopee Police Department and obtained a temporary restraining order against him. Almost immediately following these events, Defendant dos Santos evicted her.

19. In 2019, Defendant dos Santos locked a different female tenant in his office, took out his penis, repeatedly told her to "kiss it and suck it" and that he "wanted to be with her [sexually]," and subjected her to unwanted sexual touching by groping her breast and buttocks. On an earlier occasion when she was in his office with her young daughter, he made several sexual comments and inquiries into her sex life while making sexual masturbation hand motions. This female tenant did not acquiesce to Defendant dos Santos's sexual advances, and instead reported him to the Chicopee Police Department. She also obtained a temporary restraining order against him. Following these events, Defendant dos Santos evicted her for failing to pay rent.

20. Beginning in 2012 until she moved out in 2018, Defendant dos Santos subjected another female tenant to repeated sexual comments and inquiries into her sex life, propositioned her for sex, and monitored her movements and watched when she had guests over to her unit. On almost every occasion when Defendant dos Santos came to her unit to collect rent, he would subject her to unwelcomed sexual touching by hugging her "too tight," rubbing her, and regularly trying to touch her buttocks and breasts, on occasion succeeding. The female tenant believed that Defendant dos Santos thought she was "ok" with the harassment because he allowed her to pay her rent late or in smaller installments. She does not believe he would have

5

allowed her flexibility in paying her rent if he did not touch her.  She endured Defendant dos Santos's harassment for years because she was afraid of being evicted.

21.     The experiences of these women were not isolated instances. Rather, these were part of Defendant dos Santos's longstanding pattern or practice of illegal sexual harassment of numerous female tenants.

22.      The above-described actions and conduct of Defendant dos Santos caused female tenants to suffer physical harm, fear, anxiety, and emotional distress, and inhibited their ability to secure housing for themselves and their families.

23.     Defendants Trust of Salazar dos Santos and Trust of America dos Santos are liable for the above-described discriminatory conduct of their sole manager and/or agent, Defendant dos Santos.  All of the Properties at which the harassment occurred were managed by Defendant dos Santos and owned by Defendants Trust of Salazar dos Santos or Trust of America dos Santos.

## CAUSE OF ACTION

24.     By the actions and statements described above, the Defendants have:

   a. Made dwellings unavailable because of sex, in violation of 42 U.S.C. § 3604(a);

   b. Discriminated in the terms, conditions, or privileges of the rental or sale of dwellings, or in the provision of services or facilities in connection therewith, because of sex, in violation of 42 U.S.C. § 3604(b);

   c. Made statements with respect to the sale or rental of dwellings that indicate a preference, a limitation, or discrimination based on sex, in violation 42 U.S.C. § 3604(c);

        d. Coerced, intimidated, threatened, or interfered with persons in the exercise or enjoyment of, or on account of their having exercised or enjoyed, their rights granted or protected by Section 804 of the Fair Housing Act, in violation of 42 U.S.C. § 3617.

25. The Defendants' conduct constitutes:

        a. A pattern or practice of resistance to the full enjoyment of the rights granted by the Fair Housing Act, 42 U.S.C. §§ 3601, *et seq.*; and

        b. A denial to a group of persons of rights granted by the Fair Housing Act, 42 U.S.C. §§ 3601, *et seq.*, where such denial raises an issue of general public importance.

26. Female tenants and persons associated with them have been injured by the Defendants' discriminatory conduct. These persons are "aggrieved persons" as defined in 42 U.S.C. § 3602(i), and have suffered damages as a result of the Defendants' conduct.

27. The Defendants' conduct was intentional, willful, and taken in reckless disregard of the rights of others.

**PRAYER FOR RELIEF**

WHEREFORE, the United States requests that the Court enter an Order that:

a. Declares that the Defendants' discriminatory practices violate the Fair Housing Act, 42 U.S.C. §§ 3601, *et seq.*;

b. Enjoins the Defendants, their agents, employees, and successors, and all other persons in the active concert or participation with them from:

   i. Discriminating on the basis of sex, including engaging in sexual harassment, in any aspect of the rental or sale of a dwelling;

   ii. Interfering with or threatening to take any action against any person engaged in the exercise or enjoyment of rights granted or protected by the Fair Housing Act;

   iii. Failing or refusing to take such affirmative steps as may be necessary to restore, as nearly as practicable, the victims of the Defendants' past unlawful practices to the position they would have been in but for the discriminatory conduct; and

   iv. Failing or refusing to take such affirmative steps as may be necessary to prevent the recurrence of any discriminatory conduct in the future and to eliminate, as nearly as practicable, the effects of the Defendants' unlawful practices;

c. Awards monetary damages to each person aggrieved by the Defendants' discriminatory conduct, pursuant to 42 U.S.C. § 3614(d)(1)(B);

d. Assesses civil penalties against the Defendants to vindicate the public interest, pursuant to 42 U.S.C. § 3614(d)(1)(C); and

e. Awards such additional relief as the interests of justice may require.

Dated: December 7, 2020

Respectfully submitted,

WILLIAM P. BARR
Attorney General

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief
R. TAMAR HAGLER
Deputy Chief
Housing & Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington, D.C. 20530

ANDREW E. LELLING
United States Attorney
District of Massachusetts

*/s/ Torey B. Cummings*
TOREY B. CUMMINGS, BBO #664549
CHRISTOPHER MORGAN
Assistant United States Attorneys
United States Attorney's Office
300 State Street, Suite 230
Springfield, MA 01105
Phone: (617) 748-3281
Email: torey.cummings@usdoj.gov

Attorneys for Plaintiff
United States of America

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
SALAZAR DOS SANTOS, TRUST OF SALAZAR DOS SANTOS, AND TRUST OF AMERICA DOS SANTOS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Hampden County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Torey B. Cummings Assistant U.S. Attorney, U.S. Attorney's Office
1 Courthouse Way, Suite 9200, Boston, MA 02210
(617) 748-3100

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | [X] 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 3601, et seq.
Brief description of cause:
Violation of Fair Housing Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 12/07/2020
SIGNATURE OF ATTORNEY OF RECORD: /s/ Torey B. Cummings

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

[Print]  [Save As...]  [Reset]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. **Title of case (name of first party on each side only)** UNITED STATES OF AMERICA v. SALAZAR DOS SANTOS, TRUST OF SALAZAR DOS SANTOS, AND TRUST OF AMERICA DOS SANTOS

2. **Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).**

   ☐   I.   410, 441, 470, 535, 830*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   ✔   II.  110, 130, 140, 160, 190, 196, 230, 240, 290,320,362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720, 740, 790, 820*, 840*, 850, 870, 871.

   ☐   III. 120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 625, 690, 751, 791, 861-865, 890, 896, 899, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. **Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.**

4. **Has a prior action between the same parties and based on the same claim ever been filed in this court?**
   YES ☐   NO ✔

5. **Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)**
   YES ☐   NO ✔

   **If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?**
   YES ☐   NO ✔

6. **Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?**
   YES ☐   NO ✔

7. **Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).**
   YES ✔   NO ☐

   A.   If yes, in which division do all of the non-governmental parties reside?
   Eastern Division ☐   Central Division ☐   Western Division ✔

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division ☐   Central Division ☐   Western Division ☐

8. **If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)**
   YES ☐   NO ☐

**(PLEASE TYPE OR PRINT)**
ATTORNEY'S NAME  Torey B. Cummings, Assistant United States Attorney
ADDRESS  1 Courthouse Way, Suite 9200, Boston, MA., 02210
TELEPHONE NO.  617-748-3281

(CategoryForm9-2014.wpd )

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| SALAZAR DOS SANTOS, et al. | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Salazar dos Santos
>472 Chicopee Street
>Chicopee, MA 01013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Torey B. Cummings
>Assistant United States Attorney
>District of Massachusetts
>John Joseph Moakley Courthouse
>One Courthouse Way, Suite 9200
>Boston, Massachusetts 02210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| SALAZAR DOS SANTOS, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Trust of Salazar dos Santos
> 472 Chicopee Street
> Chicopee, MA 01013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Torey B. Cummings
> Assistant United States Attorney
> District of Massachusetts
> John Joseph Moakley Courthouse
> One Courthouse Way, Suite 9200
> Boston, Massachusetts 02210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| SALAZAR DOS SANTOS, et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Trust of America dos Santos
        472 Chicopee Street
        Chicopee, MA 01013

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Torey B. Cummings
        Assistant United States Attorney
        District of Massachusetts
        John Joseph Moakley Courthouse
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: